UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>HUNTER BURROWS,<br><br>        Defendant. | CASE NO. CR20-5445 BHS<br><br>ORDER |

This matter is before the Court on Mr. Burrows' motion to temporarily quash his bench warrant and release him on a 30-day furlough. Dkt. 77. Mr. Burrows claims that his home was burglarized in April 2024 "and since then no one has been able to go to the home on Mr. Burrows behalf and secure it." *Id*. at 2. He asserts that a state court judge issued a Temporary Release Order (TRO) "so that Mr. Burrows would be able to return to his home and secure it" but that the federal warrant is preventing his release on the state issued TRO and he remains in Callum County Jail. *Id*. Consequently, he asks this Court to temporarily quash his bench warrant and release him on a 30-day furlough so that he can attend to his burglarized home.

ORDER - 1

His motion is unopposed by the Government, but strongly opposed the U.S. Probation Office. Probation emphasizes Mr. Burrows' "alleged noncompliance and defiance of this Court's release conditions" and that he "is alleged to have committed new felony conduct while on a federal bond and this charge remains pending in Clallam County Superior Court" as reasons why his arrest warrant should not be quashed.

The Court will not quash Mr. Burrows' arrest warrant. Nothing raised in his motion alters the fact that the Court determined that there was probable cause to issue a warrant for his arrest because of his alleged bond violations. Were Mr. Burrows to be released from the Callum County jail after a quash of this Court's warrant for arrest, the Court would have no level of confidence, given the state of the current record in this case and particularly the question of Mr. Burrows' mental stability, that he would keep in compliance with the pre-trial conditions of his release with this Court.

## I. ORDER

Therefore, it is hereby **ORDERED** that the motion to temporarily quash the arrest warrant, Dkt.77, is **DENIED**.

Dated this 10th day of September, 2024.

BENJAMIN H. SETTLE
United States District Judge